**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>Yvonte Bernard Tranquille<br>Aka Evan Tranquille<br>Dba Yvonte Bernard Tranquille<br>SSN: xxx-xx-9873<br><br>Debtor(s) | Case No. 26-50182<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, F. Heather Griffin, Attorney with the Law Offices of Robert H. Gourley, Jr., P.A., hereby certify that the Chapter 13 Plan was served via electronic filing through the US Bankruptcy Court or by depositing a true and exact copy in an official repository of the United States Postal Service in a postage paid envelope addressed to the following:

Creditor Matrix

Rachele Tranquille
470 Riverbend Drive
Advance, NC 27006

Mohela
P.O. Box 9500
Wilkes Barre, PA 18773-9500

This the 2nd day of June, 2026.

Law Offices of Robert H. Gourley, Jr., P.A.

s/F. Heather Griffin
F. Heather Griffin, NC State Bar No.19046
249 East Broad Street
Statesville, NC 28677
704-872-5051
704-872-5449 - fax