Label Matrix for local noticing
0419-5
Case 26-50182
Western District of North Carolina
Statesville
Tue Jun 2 08:15:36 EDT 2026

Federal Home Loan Mortgage Corporation
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Statesville Division
200 West Broad Street
Room 301
Statesville, NC 28677-5258

AIS Portfolio Services, LLC
Attn: Ally Financial Department
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ashley Leh Real Estate
303 Fair Oaks Lane
Winston Salem, NC 27127-3208

Bankruptcy Administrator
401 W. Trade St., Ste 2400
Charlotte, NC 28202-1633

Capital One
PO Box 60519
City Of Industry, CA 91716-0519

Capital One NA, successor to Discover
Attn: Bankruptcy Dept.
P.O. Box 3025
New Albany, OH 43054-3025

Davie County Tax Department
125 S. Main Street
Mocksville, NC 27028-2464

Duncan Law LLP
204 Muirs Chapel Rd. #310
Greensboro, NC 27410-6176

Federal Home Loan Mortgage Corporation
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Logs Legal Group
10130 Perimeter Pkwy
Charlotte, NC 28216-2447

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

NC Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NC Quickpass
Attn: Bankruptcy/Processing Center
P.O. Box 100020
Atlanta, GA 30348-0020

New Rez dba Shellpoint Mortgage Servicing
P.O. Box 18026
Greenville, SC 29603-0826

New Tek Bank
PO Box 150
Northville, NY 12134-0150

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

PenFed Credit Union
Attn: Bankruptcy
2930 Eisenhower Avenue
Alexandria, VA 22314-4557

Scolopax LLC
c/o Weinstein & Riley PS
749 Gateway, Ste G-106
Abilene, TX 79602-1196

(p)UNITED STATES ATTORNEY'S OFFICE WDNC ASHEV
100 OTIS STREET
ROOM 233
ASHEVILLE NC 28801-2688

Robert H. Gourley, Jr.
Law Offices of Robert H Gourley Jr, P.A.
249 E. Broad Street
Statesville, NC 28677-5324

Steven G. Tate
1318 D Davie Avenue
Statesville, NC 28677-3565

Yvonte Bernard Tranquille
470 Riverbend Drive
Advance, NC 27006-8524

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Mission Lane<br>Attn: Bankruptcy<br>PO Box 105286<br>Atlanta, GA 30348 | US Attorney's Office<br>100 Otis Street, Room 233<br>Asheville, NC 28801-2688 | End of Label Matrix<br>Mailable recipients 25<br>Bypassed recipients 0<br>Total 25 |