**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>Yvonte Bernard Tranquille<br>Aka Evan Tranquille<br>Dba Yvonte Bernard Tranquille<br>SSN: xxx-xx-9873<br><br>Debtor(s) | Case No. 26-50182<br><br>Chapter 13 |

<u>AMENDED NOTICE OF SCHEDULED HEARING - NO RESPONSE REQUIRED</u>

NOTICE IS HEREBY GIVEN that the debtor herein, by and through his attorney of record, filed a Motion for Authority to Sell Real Property Free and Clear of Liens (Document 34) on October 19, 2026. A copy of the Motion was previously served.

This Amended Notice of Hearing is being file to correct the hearing date. A hearing will be held on: **November 6, 2026, at 9:30 a.m.,** at the United States Bankruptcy Court, 200 W. Broad Street, Statesville, NC 28677

Dated: October 21, 2026

Law Offices of Robert H. Gourley, Jr.

By:_____s/Robert H. Gourley, Jr.___________
Robert H. GOURLEY, Jr., NC Bar #19034
249 E. Broad Street
Statesville, NC 28677
Telephone:(704) 872-5051
Fax:(704) 872-5449

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the AMENDED NOTICE OF HEARING was served via electronic filing through the US Bankruptcy Court or by depositing a true and exact copy in an official repository of the United States Mail on the following: CREDITOR MATRIX

This the 21st day of October, 2026.

______s/F. Heather Griffin________
F. Heather Griffin, NC Bar No. 19046
249 East Broad Street, Statesville, NC 28677
Telephone:(704) 872-5051
Fax: (704) 872-5449