Label Matrix for local noticing
0419-5
Case 26-50182
Western District of North Carolina
Statesville
Mon Sep 14 11:13:54 EDT 2026

Federal Home Loan Mortgage Corporation
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Statesville Division
200 West Broad Street
Room 301
Statesville, NC 28677-5258

AIS Portfolio Services, LLC
Attn: Ally Financial Department
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ashley Lay Real Estate
303 Fair Oaks Lane
Winston Salem, NC 27127-3208

Bankruptcy Administrator
401 W. Trade St., Ste 2400
Charlotte, NC 28202-1633

Capital One
PO Box 60519
City Of Industry, CA 91716-0519

Capital One NA, successor to Discover
Attn: Bankruptcy Dept.
P.O. Box 3025
New Albany, OH 43054-3025

Davie County Tax Department
125 S. Main Street
Mocksville, NC 27028-2464

Duncan Law LLP
204 Muirs Chapel Rd. #310
Greensboro, NC 27410-6176

Federal Home Loan Mortgage Corporation
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Federal Home Loan Mortgage Corporation, as T
c/o NewRez LLC
P.O. Box 10826
Greenville, SC 29603-0826

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Logs Legal Group
10130 Perimeter Pkwy
Charlotte, NC 28216-2447

MOHELA on behalf of
Ascendium Education Solutions Inc
PO BOX 8961
Madison, WI 53708-8961

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Mohela
P.O. Box 9500
Wilkes Barre, PA 18773-9500

NC Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NC Quickpass
Attn: Bankruptcy/Processing Center
P.O. Box 100020
Atlanta, GA 30348-0020

New Rez dba Shellpoint Mortgage Servicing
P.O. Box 18026
Greenville, SC 29603-0826

New Tek Bank
PO Box 150
Northville, NY 12134-0150

Newtek Bank, N.A.
4800 T-Rex Drive
Suite 120
Boca Raton, FL 33431-4479

Newtek Bank, N.A.
c/o Kelly Dowd Tomasic
Bankruptcy Department
P.O. Box 2505
Fayetteville, NC 28302-2505

Newtek Small Business Finance, LLC
c/o Kelly Dowd Tomasic
Bankruptcy Department
P.O. Box 2505
Fayetteville, NC 28302-2505

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

PenFed Credit Union
Attn: Bankruptcy
2930 Eisenhower Avenue
Alexandria, VA 22314-4557

Rachele Tranquille
470 Riverbend Drive
Advance, NC 27006-8524

Scolopax LLC
c/o Weinstein & Riley PS
749 Gateway, Ste G-106
Abilene, TX 79602-1196

(p)UNITED STATES ATTORNEY'S OFFICE WDNC ASHEV
100 OTIS STREET
ROOM 233
ASHEVILLE NC 28801-2688

Robert H. Gourley, Jr.
Law Offices of Robert H Gourley Jr, P.A.
249 E. Broad Street
Statesville, NC 28677-5324

Steven G. Tate
1318 D Davie Avenue
Statesville, NC 28677-3565

Yvonte Bernard Tranquille
470 Riverbend Drive
Advance, NC 27006-8524

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mission Lane
Attn: Bankruptcy
PO Box 105286
Atlanta, GA 30348

US Attorney's Office
100 Otis Street, Room 233
Asheville, NC 28801-2688

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Newtek Bank, N.A.

(u)Newtek Small Business Finance, LLC

(d)North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 32 |
| Bypassed recipients | 3 |
| Total | 35 |