FILED & JUDGMENT ENTERED
Christine F. Ramsey

October 22 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>Yvonte Bernard Tranquille<br>Aka Evan Tranquille<br>Dba Yvonte Bernard Tranquille<br>SSN: xxx-xx-9873<br><br>Debtor(s) | Case No. 26-50182<br><br>Chapter 13 |

ORDER SHORTENING NOTICE

THIS MATTER coming on to be heard and being heard before the undersigned Judge presiding upon the Motion of the Debtor to shorten the notice on the Motion for Authority to Sell Real Property Free and Clear of Liens filed by the Debtor with the Court on October 19, 2026, and it appearing to the Court that good cause exists for the granting of said motion,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the notice period is shortened. A hearing will be held on November 6, 2026 at the United States Bankruptcy Court, 200 W. Broad Street, Statesville, NC at 9:30 am.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court